# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4210

_____

| | | |
|---|---|---|
| Vickie Gail Appelquist, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| KATV, Channel 7, ABC Affiliate for | * | |
| Central Arkansas, Hot Springs Bureau; | * | Appeal from the United States |
| Walter King, Photographer and Bureau | * | District Court for the Western |
| Chief for Channel 7; Sentinel-Record | * | District of Arkansas. |
| Newspaper; David Vann, Photographer | * | |
| from the Hot Springs Sentinel-Record | * | [UNPUBLISHED] |
| Newspaper; 18th East Drug Task | * | |
| Force; Richard Norris, 18th East | * | |
| DTF/HSPD; Todd Sanders, 18th East | * | |
| DTF/GCSO; Charles Williams, 18th | * | |
| East DTF/HSVPD; Paul R. Bosson, | * | |
| Prosecuting Attorney, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 26, 2000

Filed: July 3, 2000

_____

Before WOLLMAN, Chief Judge, FAGG and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Vickie Gail Appelquist appeals the dismissal of her 42 U.S.C. § 1983 action against KATV Channel 7 and its photographer and bureau chief, Walter King; the Sentinel-Record newspaper and its photographer, David Vann; the 18th East Drug Task Force (DTF) and agents Richard Norris, Todd Sanders, and Charles Williams; and Garland County Prosecuting Attorney Paul Bosson. Having carefully reviewed the record and the parties' briefs, we conclude dismissal was proper with respect to all defendants and affirm for the reasons stated in the magistrate judge's thorough report and recommendation as adopted by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-